UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO: |
|---|---|
| COURTNEY B. WILLIAMS<br>DEENA L. WILLIAMS | 08-02284-8-JRL |
| DEBTORS | CHAPTER 7 |

### TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY APPLYING 11 U.S.C. § 362

NOW COMES James B. Angell, Trustee in the above-named case (hereinafter "Trustee"), and objects to the Motion for Relief From Stay Applying 11 U.S.C. § 362 filed by Mr. Livermon on behalf of Branch Banking and Trust Company, and objects on the following basis:

The Trustee has not been able to determine the value of the property in question because the 341 meeting has not yet been held in the above-referenced case.

DATED: May 8, 2008

James B. Angell
State Bar No. 12844
Howard, Stallings, From & Hutson,
P.O. Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700
Facsimile: (919) 821-7703

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO: |
|---|---|
| COURTNEY B. WILLIAMS<br>DEENA L. WILLIAMS | 08-02284-8-JRL |
| DEBTORS | CHAPTER 7 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY APPLYING 11 U.S.C. § 362** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below or as indicated below:

| | |
|---|---|
| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>Post Office Box 3758<br>Wilson, North Carolina 27894-3758 | Algernon L. Butler, Jr<br>Butler & Butler, L.L.P.<br>P.O. Box 38<br>Wilmington, NC 28402 |
| Courtney B. Williams<br>108 Sellers Street<br>Oak Island, NC 28465 | Deena L. Williams<br>108 Sellers Street<br>Oak Island, NC 28465 |
| James S. Livermon, III<br>Poyner & Spruill L.L.P.<br>P. O. Box 353<br>Rocky Mount, NC 27802-0353 | |

Dated: May 8, 2008

_____
Jennifer L. McInnes, Paralegal
Howard, Stallings, From & Hutson,
P.O. Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700
Facsimile: (919) 821-7703