FILED: November 9, 2010

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 09-2048
(7:09-cv-00033-D)
(BK-08-2284-8-JRL)

_____

JAMES BIGELOW ANGELL

        Plaintiff - Appellant

v.

COURTNEY B. WILLIAMS; DEENA L. WILLIAMS

        Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the stipulated motion to dismiss, the Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

        For the Court--By Direction

        <u>/s/ Patricia S. Connor, Clerk</u>